UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Katani Sumner**
         **Plaintiff,**


                              CA No. 25-cv-11884-ADB
         v.


**School Committee of Newton et al**
                  **Defendants**



ORDER OF RECUSAL

BURROUGHS, D.J.


   I hereby disqualify myself in this proceeding pursuant to

28 U.S.C. ' 455 (a).  The case will be redrawn to another

district judge in the Eastern Division.

SO ORDERED.



                               /s/ Allison D. Burroughs
                              Allison D. Burroughs
                              United States District Judge


Dated: 7/7/2025